E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

March 05 2018 8:30 AM

KEVIN STOCK
COUNTY CLERK
NO: 18-2-06139-9

SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY

| | |
|---|---|
| SUMNER PLAINS 84, LLC a Washington Limited Liability Company, | ) ) |
| | ) NO. |
| Plaintiff, | ) |
| | ) COMPLAINT FOR TORTIOUS |
| v. | ) INTERFERENCE |
| | ) |
| ANCHOR INSURANCE & SURETY, INC., | ) |
| a foreign for-profit corporation, | ) |
| | ) |
| Defendant. | ) |

COMES NOW, Plaintiff Sumner Plains 84, LLC ("Sumner" or "Plaintiff"), by and through its undersigned attorneys of record, and alleges as follows:

## I.  **PARTIES**

1.1     Sumner is a limited liability company organized under the laws of the State of Washington and has its principal place of business located at 899 W. Main Street, Auburn, King County, Washington, and owner the property located at 14330 32nd Street, Building F, Sumner, Washington 98390.

1.2     Defendant Anchor Insurance & Surety, Inc. ("Anchor"), upon information and belief, is a foreign for-profit company and has its principal place of business in Oregon.  At all times relevant hereto, Anchor was authorized to do business, and was doing business, in Pierce County, Washington.

COMPLAINT - 1

STRASSER LAW AND RESOLUTION
19125 N. CREEK PKWY, SUITE 120
BOTHELL, WASHINGTON 98011
206.683.7845 FAX: 425.485.1554

## II.   JURISDICTION AND VENUE

2.1    Jurisdiction and venue of this action are proper in Pierce County Superior Court under RCW 4.12.025 and under Court Rule 82(a), in that this action arises out of a transaction regarding property located in Pierce County.  Jurisdiction and venue of this action are also proper in this Court because Defendant brokered insurance to Sumner's tenant Specialized Pavement Marking, Inc. ("SPM"), a Washington corporation, located in Pierce County and included Plaintiff, a Washington State limited liability company transacting business in the State of Washington, as an additional insured under the insurance policies, and because Plaintiff's Property at issue is in Pierce County.

## III.   FACTS

3.1    Plaintiff is the owner of the Property and improvements located at 14330 32nd Street, Building F, Sumner, Washington 98390 (the "Property").  On or about August 20, 2017, SPM entered a written lease with Plaintiff to lease the Property from Plaintiff commencing on January 1, 2008 (the "Lease").

3.2    The Lease required that SPM provide proof of liability and property insurance and that SPM name Sumner as an additional insured under the Policy.  Plaintiff received a certificate of liability insurance from Anchor listing Plaintiff as an additional insured. Exhibit 1 - Certificate of Liability Insurance.  The Insurance Certificate identifies Plaintiff as an "additional insured" and includes coverage for each occurrence of damage to "rented premises".

3.3    SPM's tenancy terminated on December 31, 2017.  During its tenancy SPM damage to the Property and caused Plaintiff to incur additional costs and delays resulting in damages beyond the costs of repairing the damages, including damages for lost rent for the Property, attorney's fees, and triple net lease costs which would have been born by any tenant renting the space.

COMPLAINT - 2

STRASSER LAW AND RESOLUTION
19125 N. CREEK PKWY, SUITE 120
BOTHELL, WASHINGTON 98011
206.683.7845 FAX: 425.485.1554

1    3.4   Plaintiff notified Anchor, the insurance producer, of Plaintiff's claims as an

2    additional insured. Anchor refused to notify the insurance carrier of the claim.

3    **IV.   FIRST CLAIM: TORTIOUS INTERFERENCE**

4    4.1   Plaintiff realleges and incorporates paragraphs 1.1 through 3.4 above.

5    4.2   The Certificate of Insurance creates a valid contractual relationship between

6    Plaintiff and the insurer or insurers. It is customary for Additional Insureds to provide notice

7    of claims through the insurance producer when the Certificate of Insurance lacks contact

8    information for the insurer, and for the insurance producer to notify the insurer of the claim and

9    obtain a claim number.

10   4.2   Defendant Anchor issued the Certificate of Insurance and knows of the

11   contractual relationship between Plaintiff and the insurer or insurers. Plaintiff notified Anchor

12   of its claim as an Additional Insured on multiple occasions. Anchor intentionally interfered

13   with Plaintiff's contractual relationship with the insurer by expressly refusing to notify the

14   insurer of Plaintiff's claim.

15   4.3   As a direct and proximate cause of Anchor's interference, Plaintiff has been

16   deprived of the benefits of the insurance coverage with respect to Plaintiff's claim, creating

17   losses and damages to be proven at trial.

18   4.4   As another direct and proximate result of Anchor's interference, Plaintiff has

19   been forced to incur attorneys' fees and other expenses to prosecute this action.

20   **V.   PRAYER FOR RELIEF**

21   AS A RESULT OF THE FOREGOING, Plaintiff requests the following relief:

22   1.   Money damages, prejudgment interest, attorney's fees, and other damages and

23   losses to be proven at trial.

24   2.   For an award of attorneys' fees, costs, and expenses.

25   3.   For such other and further relief as the Court deems just and equitable.

26

COMPLAINT - 3

1     DATED this 5nd day of March 2018.

2
                                    STRASSER LAW AND RESOLUTION LLC
3

4
                                    By /s/ Dennis M. Strasser
5                                       Dennis M. Strasser, WSBA 25725
                                    Attorneys for Plaintiff Sumner Plains, LLC a
6                                   Washington Limited Liability Company

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

COMPLAINT - 4

# EXHIBIT 1



SPECPAV-01                          I.STEELE

# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
08/30/2017

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to  the  terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Lisa Steele | | |
|---|---|---|---|
| Anchor Insurance & Surety, Inc. | PHONE (A/C, No, Ext): (503) 224-2500 | | FAX (A/C, No): (503) 224-9830 |
| 1201 SW 12th Ave. Suite 500 | E-MAIL ADDRESS: certificates@anchorias.com | | |
| Portland, OR 97205 | | | |
| | **INSURER(S) AFFORDING COVERAGE** | | NAIC # |
| | INSURER A: Continental Casualty Co. | | 20443 |
| INSURED | INSURER B: Valley Forge Insurance Co. | | 20508 |
| Specialized Pavement Marking, Inc. | INSURER C: Continental Insurance Company | | 35289 |
| 11095 SW Industrial Way Ste A | INSURER D: SAIF Corporation | | 36196 |
| Tualatin, OR 97062 | INSURER E: Navigators Insurance Co. | | 42307 |
| dba Specialized Pavement Marking | INSURER F: Great American E & S Insurance | | 37532 |

| COVERAGES | CERTIFICATE NUMBER: | REVISION NUMBER: |
|---|---|---|

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | X | | 5083024795 | 04/15/2017 | 04/15/2018 | EACH OCCURRENCE | $ 1,000,000 |
| | CLAIMS-MADE X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 500,000 |
| | X Work within 50' of R | | | | | | MED EXP (Any one person) | $ 15,000 |
| | X XCU | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | POLICY X PRO-JECT LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | X OTHER: Jobsite Pollution | | | | | | WA Stop Gap | $ 1,000,000 |
| B | AUTOMOBILE LIABILITY | X | | 5083024814 | 04/15/2017 | 04/15/2018 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | X ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | X HIRED AUTOS ONLY X NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | Pollution | 1,000,000 |
| C | X UMBRELLA LIAB X OCCUR | X | | 5083024800 | 04/15/2017 | 04/15/2018 | EACH OCCURRENCE | $ 5,000,000 |
| | EXCESS LIAB CLAIMS-MADE | | | | | | AGGREGATE | $ 5,000,000 |
| | DED X RETENTION $ 10,000 | | | | | | | $ |
| D | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N | N/A | | 918006 | 10/01/2016 | 10/01/2017 | X PER STATUTE OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| E | Excess Liability | | | SE17EXC841844IV | 04/15/2017 | 04/15/2018 | Each Occ/Aggregate | 3,000,000 |
| F | Prof.& Pollution | | | PCM1827610 03 | 04/15/2017 | 04/15/2018 | Each $1,000,000 /Agg | 2,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Certificate Holder and All Required Entities, when required by Written Contract, are Additional Insured (Primary/Non-Contributory), incl. Completed Operations, with Waiver of Subrogation, per attached Forms: CNA75079XX 01/15 AND CNA74705XX 01/15 (GL), CNA63359XX 04/12 (AUTO), and WC000313 (WC).Excess extends over Umbrella, which extends over General Liability, Auto Liability, and Employers Liability/Stop Gap.

RE Occupancy of Premises in Sumner Plains Industrial Park, Sumner, WA.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Sumner Plains 84, LLC c/o Pacific Asset Advisors Inc 14205 SE 36th Street, Suite 215 Bellevue, WA 98006 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

ACORD 25 (2016/03)                 © 1988-2015 ACORD CORPORATION.  All rights reserved.

The ACORD name and logo are registered marks of ACORD



**CNA PARAMOUNT**

**Contractors' General Liability Extension Endorsement**

It is understood and agreed that this endorsement amends the **COMMERCIAL GENERAL LIABILITY COVERAGE PART** as follows. If any other endorsement attached to this policy amends any provision also amended by this endorsement, then that other endorsement controls with respect to such provision, and the changes made by this endorsement with respect to such provision do not apply.

| TABLE OF CONTENTS |
|---|
| 1.  Additional Insureds |
| 2.  Additional Insured - Primary And Non-Contributory To Additional Insured's Insurance |
| 3.  Bodily Injury – Expanded Definition |
| 4.  Broad Knowledge of Occurrence/ Notice of Occurrence |
| 5.  Broad Named Insured |
| 6.  Broadened Liability Coverage For Damage To Your Product And Your Work |
| 7.  Contractual Liability - Railroads |
| 8.  Electronic Data Liability |
| 9.  Estates, Legal Representatives and Spouses |
| 10.  Expected Or Intended Injury – Exception for Reasonable Force |
| 11.  General Aggregate Limits of Insurance – Per Project |
| 12.  In Rem Actions |
| 13.  Incidental Health Care Malpractice Coverage |
| 14.  Joint Ventures/Partnership/Limited Liability Companies |
| 15.  Legal Liability – Damage To Premises / Alienated Premises / Property In The Named Insured's Care, Custody or Control |
| 16.  Liquor Liability |
| 17.  Medical Payments |
| 18.  Non-owned Aircraft Coverage |
| 19.  Non-owned Watercraft |
| 20.  Personal And Advertising Injury – Discrimination or Humiliation |
| 21.  Personal And Advertising Injury - Contractual Liability |
| 22.  Property Damage - Elevators |
| 23.  Supplementary Payments |
| 24.  Unintentional Failure To Disclose Hazards |
| 25.  Waiver of Subrogation – Blanket |
| 26.  Wrap-Up Extension: OCIP CCIP, or Consolidated (Wrap-Up) Insurance Programs |



CNA74705XX (1-15)
Page 1 of 17
CONTINENTAL CASUALTY COMPANY
Insured Name: SPECIALIZED PAVEMENT MARKING, INC.

Policy No:  5083024795
Endorsement No:        1
Effective Date:  04/15/2017

Copyright CNA All Rights Reserved.  Includes copyrighted material of Insurance Services Office, Inc., with its permission.



**CNA PARAMOUNT**

**Contractors' General Liability Extension Endorsement**

1. **ADDITIONAL INSUREDS**

   a. **WHO IS AN INSURED** is amended to include as an **Insured** any person or organization described in paragraphs **A.** through **H.** below whom a **Named Insured** is required to add as an additional insured on this **Coverage Part** under a written contract or written agreement, provided such contract or agreement:

   (1) Is currently in effect or becomes effective during the term of this **Coverage Part**; and

   (2) was executed prior to:

   (a) the **bodily injury** or **property damage**; or

   (b) the offense that caused the **personal and advertising injury**,

   for which such additional insured seeks coverage.

   b. However, subject always to the terms and conditions of this policy, including the limits of insurance, the Insurer will not provide such additional insured with:

   (1) a higher limit of insurance than required by such contract or agreement; or

   (2) coverage broader than required by such contract or agreement, and in no event broader than that described by the applicable paragraph **A.** through **H.** below.

   Any coverage granted by this endorsement shall apply only to the extent permissible by law.

   A. **Controlling Interest**

   Any person or organization with a controlling interest in a **Named Insured**, but only with respect to such person or organization's liability for **bodily injury**, **property damage** or **personal and advertising injury** arising out of:

   1. such person or organization's financial control of a **Named Insured**; or

   2. premises such person or organization owns, maintains or controls while a **Named Insured** leases or occupies such premises;

   provided that the coverage granted by this paragraph does not apply to structural alterations, new construction or demolition operations performed by, on behalf of, or for such additional insured.

   B. **Co-owner of Insured Premises**

   A co-owner of a premises co-owned by a **Named Insured** and covered under this insurance but only with respect to such co-owner's liability for **bodily injury**, **property damage** or **personal and advertising injury** as co-owner of such premises.

   C. **Lessor of Equipment**

   Any person or organization from whom a **Named Insured** leases equipment, but only with respect to liability for **bodily injury**, **property damage** or **personal and advertising injury** caused, in whole or in part, by the **Named Insured's** maintenance, operation or use of such equipment, provided that the **occurrence** giving rise to such **bodily injury**, **property damage** or the offense giving rise to such **personal and advertising injury** takes place prior to the termination of such lease.

   D. **Lessor of Land**

   Any person or organization from whom a **Named Insured** leases land but only with respect to liability for **bodily injury**, **property damage** or **personal and advertising injury** arising out of the ownership, maintenance or use of such land, provided that the **occurrence** giving rise to such **bodily injury**, **property damage** or the offense giving rise to such **personal and advertising injury** takes place prior to the termination of such lease. The

---

CNA74705XX (1-15)
Page 2 of 17
CONTINENTAL CASUALTY COMPANY
Insured Name: SPECIALIZED PAVEMENT MARKING, INC.

Policy No:  5083024795
Endorsement No:        1
Effective Date:  04/15/2017

Copyright CNA All Rights Reserved.   Includes copyrighted material of Insurance Services Office, Inc., with its permission.



**CNA PARAMOUNT**

**Contractors' General Liability Extension Endorsement**

coverage granted by this paragraph does not apply to structural alterations, new construction or demolition operations performed by, on behalf of, or for such additional insured.

**E.  Lessor of Premises**

An owner or lessor of premises leased to the **Named Insured**, or such owner or lessor's real estate manager, but only with respect to liability for **bodily injury**, **property damage** or **personal and advertising injury** arising out of the ownership, maintenance or use of such part of the premises leased to the **Named Insured**, and provided that the **occurrence** giving rise to such **bodily injury** or **property damage**, or the offense giving rise to such **personal and advertising injury**, takes place prior to the termination of such lease. The coverage granted by this paragraph does not apply to structural alterations, new construction or demolition operations performed by, on behalf of, or for such additional insured.

**F.  Mortgagee, Assignee or Receiver**

A mortgagee, assignee or receiver of premises but only with respect to such mortgagee, assignee or receiver's liability for **bodily injury**, **property damage** or **personal and advertising injury** arising out of the **Named Insured's** ownership, maintenance, or use of a premises by a **Named Insured**.

The coverage granted by this paragraph does not apply to structural alterations, new construction or demolition operations performed by, on behalf of, or for such additional insured.

**G.  State or Governmental Agency or Subdivision or Political Subdivisions – Permits**

A state or governmental agency or subdivision or political subdivision that has issued a permit or authorization but only with respect to such state or governmental agency or subdivision or political subdivision's liability for **bodily injury**, **property damage** or **personal and advertising injury** arising out of:

1.  the following hazards in connection with premises a **Named Insured** owns, rents, or controls and to which this insurance applies:

    a.  the existence, maintenance, repair, construction, erection, or removal of advertising signs, awnings, canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoistaway openings, sidewalk vaults, street banners, or decorations and similar exposures; or

    b.  the construction, erection, or removal of elevators; or

    c.  the ownership, maintenance or use of any elevators covered by this insurance; or

2.  the permitted or authorized operations performed by a **Named Insured** or on a **Named Insured's** behalf.

    The coverage granted by this paragraph does not apply to:

    a.  **Bodily injury**, **property damage** or **personal and advertising injury** arising out of operations performed for the state or governmental agency or subdivision or political subdivision; or

    b.  **Bodily injury** or **property damage** included within the **products-completed operations** hazard.

    With respect to this provision's requirement that additional insured status must be requested under a written contract or agreement, the Insurer will treat as a written contract any governmental permit that requires the **Named Insured** to add the governmental entity as an additional insured.

**H.  Trade Show Event Lessor**

1.  With respect to a **Named Insured's** participation in a trade show event as an exhibitor, presenter or displayer, any person or organization whom the **Named Insured** is required to include as an additional insured, but only with respect to such person or organization's liability for **bodily injury**, **property damage** or **personal and advertising injury** caused by:

CNA74705XX (1-15)
Page 3 of 17
CONTINENTAL CASUALTY COMPANY
Insured Name: SPECIALIZED PAVEMENT MARKING, INC.

Policy No:  5083024795
Endorsement No:        1
Effective Date:  04/15/2017

Copyright CNA All Rights Reserved.   Includes copyrighted material of Insurance Services Office, Inc., with its permission.



**CNA PARAMOUNT**

**Contractors' General Liability Extension Endorsement**

  a.  the **Named Insured's** acts or omissions; or

  b.  the acts or omissions of those acting on the **Named Insured's** behalf,

  in the performance of the **Named Insured's** ongoing operations at the trade show event premises during the trade show event.

  2.  The coverage granted by this paragraph does not apply to **bodily injury** or **property damage** included within the **products-completed operations hazard**.

2.  **ADDITIONAL INSURED - PRIMARY AND NON-CONTRIBUTORY TO ADDITIONAL INSURED'S INSURANCE**

  The **Other Insurance** Condition in the **COMMERCIAL GENERAL LIABILITY CONDITIONS** Section is amended to add the following paragraph:

  If the **Named Insured** has agreed in writing in a contract or agreement that this insurance is primary and non-contributory relative to an additional insured's own insurance, then this insurance is primary, and the Insurer will not seek contribution from that other insurance. For the purpose of this Provision **2.**, the additional insured's own insurance means insurance on which the additional insured is a named insured. Otherwise, and notwithstanding anything to the contrary elsewhere in this Condition, the insurance provided to such person or organization is excess of any other insurance available to such person or organization.

3.  **BODILY INJURY -- EXPANDED DEFINITION**

  Under **DEFINITIONS**, the definition of **bodily injury** is deleted and replaced by the following:

  **Bodily injury** means physical injury, sickness or disease sustained by a person, including death, humiliation, shock, mental anguish or mental injury sustained by that person at any time which results as a consequence of the physical injury, sickness or disease.

4.  **BROAD KNOWLEDGE OF OCCURRENCE/ NOTICE OF OCCURRENCE**

  Under **CONDITIONS**, the condition entitled **Duties in The Event of Occurrence, Offense, Claim or Suit** is amended to add the following provisions:

  A.  **BROAD KNOWLEDGE OF OCCURRENCE**

    The **Named Insured** must give the Insurer or the Insurer's authorized representative notice of an **occurrence**, offense or **claim** only when the **occurrence**, offense or **claim** is known to a natural person **Named Insured**, to a partner, executive officer, manager or member of a **Named Insured**, or an **employee** designated by any of the above to give such notice.

  B.  **NOTICE OF OCCURRENCE**

    The **Named Insured's** rights under this **Coverage Part** will not be prejudiced if the **Named Insured** fails to give the Insurer notice of an **occurrence**, offense or **claim** and that failure is solely due to the **Named Insured's** reasonable belief that the **bodily injury** or **property damage** is not covered under this **Coverage Part**. However, the **Named Insured** shall give written notice of such **occurrence**, offense or **claim** to the Insurer as soon as the **Named Insured** is aware that this insurance may apply to such **occurrence**, offense or **claim**.

5.  **BROAD NAMED INSURED**

  **WHO IS AN INSURED** is amended to delete its Paragraph **3.** in its entirety and replace it with the following:

  3.  Pursuant to the limitations described in Paragraph **4.** below, any organization in which a **Named Insured** has management control:

    a.  on the effective date of this **Coverage Part**; or

---

CNA74705XX (1-15)
Page 4 of 17
CONTINENTAL CASUALTY COMPANY
Insured Name: SPECIALIZED PAVEMENT MARKING, INC.

Policy No:  5083024795
Endorsement No:      1
Effective Date:  04/15/2017

Copyright CNA All Rights Reserved.  Includes copyrighted material of Insurance Services Office, Inc., with its permission.



**CNA**

**CNA PARAMOUNT**

**Contractors' General Liability Extension Endorsement**

**b.** by reason of a **Named Insured** creating or acquiring the organization during the **policy period**;

qualifies as a **Named Insured**, provided that there is no other similar liability insurance, whether primary, contributory, excess, contingent or otherwise, which provides coverage to such organization, or which would have provided coverage but for the exhaustion of its limit, and without regard to whether its coverage is broader or narrower than that provided by this insurance.

But this **BROAD NAMED INSURED** provision does not apply to:

**(a)** any partnership, limited liability company or joint venture; or

**(b)** any organization for which coverage is excluded by another endorsement attached to this **Coverage Part**.

For the purpose of this provision, management control means:

**A.** owning interests representing more than 50% of the voting, appointment or designation power for the selection of a majority of the Board of Directors of a corporation; or

**B.** having the right, pursuant to a written trust agreement, to protect, control the use of, encumber or transfer or sell property held by a trust.

**4.** With respect to organizations which qualify as **Named Insureds** by virtue of Paragraph **3.** above, this insurance does not apply to:

**a.** **bodily injury** or **property damage** that first occurred prior to the date of management control, or that first occurs after management control ceases; nor

**b.** **personal or advertising injury** caused by an offense that first occurred prior to the date of management control or that first occurs after management control ceases.

**5.** The insurance provided by this **Coverage Part** applies to **Named Insureds** when trading under their own names or under such other trading names or doing-business-as names (dba) as any **Named Insured** should choose to employ.

**6.** **BROADENED LIABILITY COVERAGE FOR DAMAGE TO YOUR PRODUCT AND YOUR WORK**

**A.** Under **COVERAGES, Coverage A -- Bodily Injury and Property Damage Liability**, the paragraph entitled **Exclusions** is amended to delete exclusions **k.** and **l.** and replace them with the following:

This insurance does not apply to:

**k.** **Damage to Your Product**

**Property damage** to **your product** arising out of it, or any part of it except when caused by or resulting from:

**(1)** fire;

**(2)** smoke;

**(3)** collapse; or

**(4)** explosion.

**l.** **Damage to Your Work**

**Property damage** to **your work** arising out of it, or any part of it and included in the **products-completed operations hazard**.

This exclusion does not apply:

**(1)** If the damaged work, or the work out of which the damage arises, was performed on the **Named Insured's** behalf by a subcontractor; or

CNA74705XX (1-15)
Page 5 of 17
CONTINENTAL CASUALTY COMPANY
Insured Name: SPECIALIZED PAVEMENT MARKING, INC.

Policy No: 5083024795
Endorsement No: 1
Effective Date: 04/15/2017

Copyright CNA All Rights Reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.



**CNA PARAMOUNT**

**Contractors' General Liability Extension Endorsement**

    **(2)** If the cause of loss to the damaged work arises as a result of:

       **(a)** fire;

       **(b)** smoke;

       **(c)** collapse; or

       **(d)** explosion.

**B.** The following paragraph is added to **LIMITS OF INSURANCE**:

Subject to **5.** above, $100,000 is the most the Insurer will pay under **Coverage A** for the sum of **damages** arising out of any one **occurrence** because of **property damage** to **your product** and **your work** that is caused by fire, smoke, collapse or explosion and is included within the **product-completed operations hazard**. This sublimit does not apply to **property damage** to **your work** if the damaged work, or the work out of which the damage arises, was performed on the Named Insured's behalf by a subcontractor.

**C.** This **Broadened Liability Coverage For Damage To Your Product And Your Work** Provision does not apply if an endorsement of the same name is attached to this policy.

**7. CONTRACTUAL LIABILITY – RAILROADS**

With respect to operations performed within 50 feet of railroad property, the definition of **insured contract** is replaced by the following:

**Insured Contract** means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to a **Named Insured** or temporarily occupied by a **Named Insured** with permission of the owner is not an **insured contract**;

**b.** A sidetrack agreement;

**c.** Any easement or license agreement;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to the **Named Insured's** business (including an indemnification of a municipality in connection with work performed for a municipality) under which the **Named Insured** assumes the tort liability of another party to pay for **bodily injury** or **property damage** to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

    **(1)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

       **(a)** Preparing, approving or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

       **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage;

    **(2)** Under which the **Insured**, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(1)** above and supervisory, inspection, architectural or engineering activities.

**8. ELECTRONIC DATA LIABILITY**

CNA74705XX (1-15)
Page 6 of 17
CONTINENTAL CASUALTY COMPANY
Insured Name: SPECIALIZED PAVEMENT MARKING, INC.

Policy No:  5083024795
Endorsement No:  1
Effective Date:  04/15/2017

Copyright CNA All Rights Reserved.   Includes copyrighted material of Insurance Services Office, Inc., with its permission.

| **CNA** | **CNA PARAMOUNT** |
| --- | --- |
| | **Contractors' General Liability Extension Endorsement** |

A. Under **COVERAGES**, **Coverage A – Bodily Injury and Property Damage Liability**, the paragraph entitled **Exclusions** is amended to delete exclusion **p. Electronic Data** and replace it with the following:

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate **electronic data** that does not result from physical injury to tangible property.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to **damages** because of **bodily injury**.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relation expenses or any other loss, cost or expense incurred by the **Named Insured** or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

B. The following paragraph is added to **LIMITS OF INSURANCE**:

Subject to **5.** above, $100,000 is the most the Insurer will pay under **Coverage A** for all **damages** arising out of any one **occurrence** because of **property damage** that results from physical injury to tangible property and arises out of **electronic data**.

C. The following definition is added to **DEFINITIONS**:

**Electronic data** means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

D. For the purpose of the coverage provided by this **ELECTRONIC DATA LIABILITY** Provision, the definition of **property damage** in **DEFINITIONS** is replaced by the following:

**Property damage** means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it;

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the **occurrence** that caused it; or

c. Loss of, loss of use of, damage to, corruption of, inability to access, or inability to properly manipulate **electronic data**, resulting from physical injury to tangible property. All such loss of **electronic data** shall be deemed to occur at the time of the **occurrence** that caused it.

For the purposes of this insurance, **electronic data** is not tangible property.

E. If Electronic Data Liability is provided at a higher limit by another endorsement attached to this policy, then the $100,000 limit provided by this **ELECTRONIC DATA LIABILITY** Provision is part of, and not in addition to, that higher limit.

**9. ESTATES, LEGAL REPRESENTATIVES, AND SPOUSES**

The estates, heirs, legal representatives and **spouses** of any natural person **Insured** shall also be insured under this policy; provided, however, coverage is afforded to such estates, heirs, legal representatives, and **spouses** only for

CNA74705XX (1-15)
Page 7 of 17
CONTINENTAL CASUALTY COMPANY
Insured Name: SPECIALIZED PAVEMENT MARKING, INC.

Policy No: 5083024795
Endorsement No:        1
Effective Date:  04/15/2017

Copyright CNA All Rights Reserved.   Includes copyrighted material of Insurance Services Office, Inc., with its permission.



| | **CNA PARAMOUNT** |
|---|---|
| | **Contractors' General Liability Extension Endorsement** |

claims arising solely out of their capacity or status as such and, in the case of a **spouse**, where such **claim** seeks **damages** from marital community property, jointly held property or property transferred from such natural person **Insured** to such **spouse**. No coverage is provided for any act, error or omission of an estate, heir, legal representative, or **spouse** outside the scope of such person's capacity or status as such, provided however that the **spouse** of a natural person **Named Insured** and the **spouses** of members or partners of joint venture or partnership **Named Insureds** are **Insureds** with respect to such spouses' acts, errors or omissions in the conduct of the **Named Insured's** business.

10. EXPECTED OR INTENDED INJURY – EXCEPTION FOR REASONABLE FORCE

Under **COVERAGES, Coverage A – Bodily Injury and Property Damage Liability**, the paragraph entitled **Exclusions** is amended to delete the exclusion entitled **Expected or Intended Injury** and replace it with the following:

This insurance does not apply to:

Expected or Intended Injury

**Bodily injury** or **property damage** expected or intended from the standpoint of the **Insured**. This exclusion does not apply to **bodily injury** or **property damage** resulting from the use of reasonable force to protect persons or property.

11. GENERAL AGGREGATE LIMITS OF INSURANCE - PER PROJECT

A. For each construction project away from premises the **Named Insured** owns or rents, a separate Construction Project General Aggregate Limit, equal to the amount of the General Aggregate Limit shown in the Declarations, is the most the Insurer will pay for the sum of:

1. All **damages** under **Coverage A**, except **damages** because of **bodily injury** or **property damage** included in the **products-completed operations hazard**; and

2. All medical expenses under **Coverage C**,

that arise from **occurrences** or accidents which can be attributed solely to ongoing operations at that construction project. Such payments shall not reduce the General Aggregate Limit shown in the Declarations, nor the Construction Project General Aggregate Limit of any other construction project.

B. All:

1. **Damages** under **Coverage B**, regardless of the number of locations or construction projects involved;

2. **Damages** under **Coverage A**, caused by **occurrences** which cannot be attributed solely to ongoing operations at a single construction project, except **damages** because of **bodily injury** or **property damage** included in the **products-completed operations hazard**; and

3. Medical expenses under **Coverage C** caused by accidents which cannot be attributed solely to ongoing operations at a single construction project,

will reduce the General Aggregate Limit shown in the Declarations.

C. The limits shown in the Declarations for Each Occurrence, for Damage To Premises Rented To You and for Medical Expense continue to apply, but will be subject to either the Construction Project General Aggregate Limit or the General Aggregate Limit shown in the Declarations, depending on whether the **occurrence** can be attributed solely to ongoing operations at a particular construction project.

D. When coverage for liability arising out of the **products-completed operations hazard** is provided, any payments for **damages** because of **bodily injury** or **property damage** included in the **products-completed operations hazard** will reduce the Products-Completed Operations Aggregate Limit shown in the Declarations, regardless of the number of projects involved.

CNA74705XX (1-15)
Page 8 of 17
CONTINENTAL CASUALTY COMPANY
Insured Name: SPECIALIZED PAVEMENT MARKING, INC.
Policy No: 5083024795
Endorsement No: 1
Effective Date: 04/15/2017

Copyright CNA All Rights Reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.



**CNA PARAMOUNT**

**Contractors' General Liability Extension Endorsement**

E.   If a single construction project away from premises owned by or rented to the **Insured** has been abandoned and then restarted, or if the authorized contracting parties deviate from plans, blueprints, designs, specifications or timetables, the project will still be deemed to be the same construction project.

F.   The provisions of **LIMITS OF INSURANCE** not otherwise modified by this endorsement shall continue to apply as stipulated.

## 12.  IN REM ACTIONS

A quasi in rem action against any vessel owned or operated by or for the **Named Insured**, or chartered by or for the **Named Insured**, will be treated in the same manner as though the action were in personam against the **Named Insured**.

## 13.  INCIDENTAL HEALTH CARE MALPRACTICE COVERAGE

Solely with respect to **bodily injury** that arises out of a **health care incident**:

A.   Under **COVERAGES, Coverage A – Bodily Injury and Property Damage Liability**, the paragraph entitled **Insuring Agreement** is amended to replace Paragraphs **1.b.(1)** and **1.b.(2)** with the following:

   b.   This insurance applies to **bodily injury** provided that the professional health care services are incidental to the **Named Insured's** primary business purpose, and only if:

   (1)   such **bodily injury** is caused by an **occurrence** that takes place in the **coverage territory**.

   (2)   the **bodily injury** first occurs during the **policy period**. All **bodily injury** arising from an **occurrence** will be deemed to have occurred at the time of the first act, error, or omission that is part of the **occurrence**; and

B.   Under **COVERAGES, Coverage A – Bodily Injury and Property Damage Liability**, the paragraph entitled **Exclusions** is amended to:

   i.   add the following to the **Employers Liability** exclusion:

      This exclusion applies only if the **bodily injury** arising from a **health care incident** is covered by other liability insurance available to the **Insured** (or which would have been available but for exhaustion of its limits).

   ii.   delete the exclusion entitled **Contractual Liability** and replace it with the following:

      This insurance does not apply to:

      **Contractual Liability**

      the **Insured's** actual or alleged liability under any oral or written contract or agreement, including but not limited to express warranties or guarantees.

   iii.   add the following additional exclusions:

      This insurance does not apply to:

      **Discrimination**

      any actual or alleged discrimination, humiliation or harassment, including but not limited to **claims** based on an individual's race, creed, color, age, gender, national origin, religion, disability, marital status or sexual orientation.

      **Dishonesty or Crime**

      Any actual or alleged dishonest, criminal or malicious act, error or omission.

      **Medicare/Medicaid Fraud**

CNA74705XX (1-15)

Page 9 of 17

CONTINENTAL CASUALTY COMPANY

Insured Name: SPECIALIZED PAVEMENT MARKING, INC.

Policy No:   5083024795

Endorsement No:   1

Effective Date:   04/15/2017

Copyright CNA All Rights Reserved.   Includes copyrighted material of Insurance Services Office, Inc., with its permission.



**CNA PARAMOUNT**

**Contractors' General Liability Extension Endorsement**

any actual or alleged violation of law with respect to Medicare, Medicaid, Tricare or any similar federal, state or local governmental program.

**Services Excluded by Endorsement**

Any **health care incident** for which coverage is excluded by endorsement.

C. **DEFINITIONS** is amended to:

i. add the following definitions:

**Health care incident** means an act, error or omission by the **Named Insured's employees** or **volunteer workers** in the rendering of:

a. **professional health care services** on behalf of the **Named Insured** or

b. Good Samaritan services rendered in an emergency and for which no payment is demanded or received.

**Professional health care services** means any health care services or the related furnishing of food, beverages, medical supplies or appliances by the following providers in their capacity as such but solely to the extent they are duly licensed as required:

a. Physician;

b. Nurse;

c. Nurse practitioner;

d. Emergency medical technician;

e. Paramedic;

f. Dentist;

g. Physical therapist;

h. Psychologist;

i. Speech therapist;

j. Other allied health professional; or

**Professional health care services** does not include any services rendered in connection with human clinical trials or product testing.

ii. delete the definition of **occurrence** and replace it with the following:

**Occurrence** means a **health care incident**. All acts, errors or omissions that are logically connected by any common fact, circumstance, situation, transaction, event, advice or decision will be considered to constitute a single **occurrence**;

iii. amend the definition of **Insured** to:

a. add the following:

the **Named Insured's employees** are **Insureds** with respect to:

(1) **bodily injury** to a co-**employee** while in the course of the co-**employee's** employment by the **Named Insured** or while performing duties related to the conduct of the **Named Insured's** business; and

CNA74705XX (1-15)
Page 10 of 17
CONTINENTAL CASUALTY COMPANY
Insured Name: SPECIALIZED PAVEMENT MARKING, INC.

Policy No:  5083024795
Endorsement No:     1
Effective Date:  04/15/2017

Copyright CNA All Rights Reserved.   Includes copyrighted material of Insurance Services Office, Inc., with its permission.



**CNA** | **CNA PARAMOUNT**
--- | ---
| **Contractors' General Liability Extension Endorsement**

**(2) bodily injury** to a **volunteer worker** while performing duties related to the conduct of the **Named Insured's** business;

when such **bodily injury** arises out of a **health care incident**.

the **Named Insured's volunteer workers** are **Insureds** with respect to:

**(1) bodily injury** to a **co-volunteer worker** while performing duties related to the conduct of the **Named Insured's** business; and

**(2) bodily injury** to an **employee** while in the course of the **employee's** employment by the **Named Insured** or while performing duties related to the conduct of the **Named Insured's** business;

when such **bodily injury** arises out of a **health care incident**.

   **b.** delete Subparagraphs **(a), (b), (c)** and **(d)** of Paragraph **2.a.(1)** of WHO IS AN INSURED.

**D.** The **Other Insurance** condition is amended to delete Paragraph **b.(1)** in its entirety and replace it with the following:

**Other Insurance**

   **b.** **Excess Insurance**

      **(1)** To the extent this insurance applies, it is excess over any other insurance, self insurance or risk transfer instrument, whether primary, excess, contingent or on any other basis, except for insurance purchased specifically by the **Named Insured** to be excess of this coverage.

## 14. JOINT VENTURES / PARTNERSHIP / LIMITED LIABILITY COMPANIES

WHO IS AN INSURED is amended to delete its last paragraph and replace it with the following:

No person or organization is an **Insured** with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a **Named Insured** in the Declarations, except that if the **Named Insured** was a joint venturer, partner, or member of a limited liability company and such joint venture, partnership or limited liability company terminated prior to or during the **policy period**, such **Named Insured** is an **Insured** with respect to its interest in such joint venture, partnership or limited liability company but only to the extent that:

   **a.** any offense giving rise to **personal and advertising injury** occurred prior to such termination date, and the **personal and advertising injury** arising out of such offense first occurred after such termination date;

   **b.** the **bodily injury** or **property damage** first occurred after such termination date; and

   **c.** there is no other valid and collectible insurance purchased specifically to insure the partnership, joint venture or limited liability company; and

If the joint venture, partnership or limited liability company is or was insured under a **consolidated (wrap-up) insurance program**, then such insurance will always be considered valid and collectible for the purpose of paragraph **c.** above. But this provision will not serve to exclude **bodily injury**, **property damage** or **personal and advertising injury** that would otherwise be covered under the **Contractors General Liability Extension Endorsement** provision entitled **WRAP-UP EXTENSION: OCIP, CCIP, OR CONSOLIDATED (WRAP-UP) INSURANCE PROGRAMS.** Please see that provision for the definition of **consolidated (wrap-up) insurance program**.

## 15. LEGAL LIABILITY – DAMAGE TO PREMISES / ALIENATED PREMISES / PROPERTY IN THE NAMED INSURED'S CARE, CUSTODY OR CONTROL

   **A.** Under **COVERAGES, Coverage A – Bodily Injury and Property Damage Liability,** the paragraph entitled **Exclusions** is amended to delete exclusion **j. Damage to Property** in its entirety and replace it with the following:

This insurance does not apply to:

CNA74705XX (1-15)
Page 11 of 17
CONTINENTAL CASUALTY COMPANY
Insured Name: SPECIALIZED PAVEMENT MARKING, INC.

Policy No: 5083024795
Endorsement No: 1
Effective Date: 04/15/2017

Copyright CNA All Rights Reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.



**CNA PARAMOUNT**

**Contractors' General Liability Extension Endorsement**

**j.** **Damage to Property**

**Property damage** to:

**(1)** Property the **Named Insured** owns, rents, or occupies, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises the **Named Insured** sells, gives away or abandons, if the **property damage** arises out of any part of those premises;

**(3)** Property loaned to the **Named Insured**;

**(4)** Personal property in the care, custody or control of the **Insured**;

**(5)** That particular part of real property on which the **Named Insured** or any contractors or subcontractors working directly or indirectly on the **Named Insured's** behalf are performing operations, if the **property damage** arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because **your work** was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to **property damage** (other than damage by fire) to premises rented to the **Named Insured** or temporarily occupied by the **Named Insured** with the permission of the owner, nor to the contents of premises rented to the **Named Insured** for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in **LIMITS OF INSURANCE**.

Paragraph **(2)** of this exclusion does not apply if the premises are **your work**.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to **property damage** included in the **products-completed operations hazard**.

Paragraphs **(3)** and **(4)** of this exclusion do not apply to **property damage** to:

**i.** tools, or equipment the **Named Insured** borrows from others, nor

**ii.** other personal property of others in the **Named Insured's** care, custody or control while being used in the **Named Insured's** operations away from any **Named Insured's** premises.

However, the coverage granted by this exception to Paragraphs **(3)** and **(4)** does not apply to:

**a.** property at a job site awaiting or during such property's installation, fabrication, or erection;

**b.** property that is **mobile equipment** leased by an **Insured**;

**c.** property that is an **auto**, aircraft or watercraft;

**d.** property in transit; or

**e.** any portion of **property damage** for which the **Insured** has available other valid and collectible insurance, or would have such insurance but for exhaustion of its limits, or but for application of one of its exclusions.

A separate limit of insurance and deductible apply to such property of others. See **LIMITS OF INSURANCE** as amended below.

CNA74705XX (1-15)
Page 12 of 17
CONTINENTAL CASUALTY COMPANY
Insured Name: SPECIALIZED PAVEMENT MARKING, INC.
Policy No:  5083024795
Endorsement No:      1
Effective Date:  04/15/2017

Copyright CNA All Rights Reserved.  Includes copyrighted material of Insurance Services Office, Inc., with its permission.



| | **CNA PARAMOUNT** |
|---|---|
| | **Contractors' General Liability Extension Endorsement** |

B. Under **COVERAGES, Coverage A – Bodily Injury and Property Damage Liability**, the paragraph entitled **Exclusions** is amended to delete its last paragraph and replace it with the following:

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to a **Named Insured** or temporarily occupied by a **Named Insured** with permission of the owner, nor to damage to the contents of premises rented to a **Named Insured** for a period of 7 or fewer consecutive days.

A separate limit of insurance applies to this coverage as described in **LIMITS OF INSURANCE**.

C. The following paragraph is added to **LIMITS OF INSURANCE**:

Subject to **5.** above, $25,000 is the most the Insurer will pay under **Coverage A** for **damages** arising out of any one **occurrence** because of the sum of all **property damage** to borrowed tools or equipment, and to other personal property of others in the **Named Insured's** care, custody or control, while being used in the **Named Insured's** operations away from any **Named Insured's** premises. The Insurer's obligation to pay such **property damage** does not apply until the amount of such **property damage** exceeds $1,000. The Insurer has the right but not the duty to pay any portion of this $1,000 in order to effect settlement. If the Insurer exercises that right, the **Named Insured** will promptly reimburse the Insurer for any such amount.

D. Paragraph **6.**, Damage To Premises Rented To You Limit, of **LIMITS OF INSURANCE** is deleted and replaced by the following:

6. Subject to Paragraph **5.** above, (the Each Occurrence Limit), the Damage To Premises Rented To You Limit is the most the Insurer will pay under **Coverage A** for **damages** because of **property damage** to any one premises while rented to the **Named Insured** or temporarily occupied by the **Named Insured** with the permission of the owner, including contents of such premises rented to the **Named Insured** for a period of 7 or fewer consecutive days. The Damage To Premises Rented To You Limit is the greater of:

    a. $500,000; or

    b. The Damage To Premises Rented To You Limit shown in the Declarations.

E. Paragraph **4.b.(1)(a)(ii)** of the **Other Insurance** Condition is deleted and replaced by the following:

    (ii) That is property insurance for premises rented to the **Named Insured**, for premises temporarily occupied by the **Named Insured** with the permission of the owner; or for personal property of others in the **Named Insured's** care, custody or control;

**16. LIQUOR LIABILITY**

Under **COVERAGES, Coverage A – Bodily Injury and Property Damage Liability**, the paragraph entitled **Exclusions** is amended to delete the exclusion entitled **Liquor Liability**.

This **LIQUOR LIABILITY** provision does not apply to any person or organization who otherwise qualifies as an additional insured on this **Coverage Part**.

**17. MEDICAL PAYMENTS**

A. **LIMITS OF INSURANCE** is amended to delete Paragraph **7.** (the Medical Expense Limit) and replace it with the following:

7. Subject to Paragraph **5.** above (the Each Occurrence Limit), the Medical Expense Limit is the most the Insurer will pay under **Coverage C – Medical Payments** for all medical expenses because of **bodily injury** sustained by any one person. The Medical Expense Limit is the greater of:

    (1) $15,000 unless a different amount is shown here:   $N,NNN,NNN,NNN;   or

    (2) the amount shown in the Declarations for Medical Expense Limit.

| | |
|---|---|
| CNA74705XX (1-15) | Policy No:  5083024795 |
| Page 13 of 17 | Endorsement No:      1 |
| CONTINENTAL CASUALTY COMPANY | Effective Date:  04/15/2017 |
| Insured Name: SPECIALIZED PAVEMENT MARKING, INC. | |

Copyright CNA All Rights Reserved.   Includes copyrighted material of Insurance Services Office, Inc., with its permission.



**CNA PARAMOUNT**

**Contractors' General Liability Extension Endorsement**

B. Under **COVERAGES**, the **Insuring Agreement** of **Coverage C – Medical Payments** is amended to replace Paragraph **1.a.(3)(b)** with the following:

    **(b)** The expenses are incurred and reported to the Insurer within three years of the date of the accident; and

## 18. NON-OWNED AIRCRAFT

Under **COVERAGES, Coverage A – Bodily Injury and Property Damage Liability**, the paragraph entitled **Exclusions** is amended as follows:

The exclusion entitled **Aircraft, Auto or Watercraft** is amended to add the following:

This exclusion does not apply to an aircraft not owned by any **Named Insured**, provided that:

**1.** the pilot in command holds a currently effective certificate issued by the duly constituted authority of the United States of America or Canada, designating that person as a commercial or airline transport pilot;

**2.** the aircraft is rented with a trained, paid crew to the **Named Insured**; and

**3.** the aircraft is not being used to carry persons or property for a charge.

## 19. NON-OWNED WATERCRAFT

Under **COVERAGES, Coverage A – Bodily Injury and Property Damage Liability**, the paragraph entitled **Exclusions** is amended to delete subparagraph **(2)** of the exclusion entitled **Aircraft, Auto or Watercraft**, and replace it with the following.

This exclusion does not apply to:

**(2)** a watercraft that is not owned by any **Named Insured**, provided the watercraft is:

    **(a)** less than 75 feet long; and

    **(b)** not being used to carry persons or property for a charge.

## 20. PERSONAL AND ADVERTISING INJURY –DISCRIMINATION OR HUMILIATION

A. Under **DEFINITIONS**, the definition of **personal and advertising injury** is amended to add the following tort:

    Discrimination or humiliation that results in injury to the feelings or reputation of a natural person.

B. Under **COVERAGES, Coverage B – Personal and Advertising Injury Liability**, the paragraph entitled **Exclusions** is amended to:

**1.** delete the Exclusion entitled **Knowing Violation Of Rights Of Another** and replace it with the following:

    This insurance does not apply to:

    **Knowing Violation of Rights of Another**

    **Personal and advertising injury** caused by or at the direction of the **Insured** with the knowledge that the act would violate the rights of another and would inflict **personal and advertising injury**. This exclusion shall not apply to discrimination or humiliation that results in injury to the feelings or reputation of a natural person, but only if such discrimination or humiliation is not done intentionally by or at the direction of:

    **(a)** the **Named Insured**; or

    **(b)** any **executive officer**, director, stockholder, partner, member or manager (if the **Named Insured** is a limited liability company) of the **Named Insured**.

**2.** add the following exclusions:

CNA74705XX (1-15)
Page 14 of 17
CONTINENTAL CASUALTY COMPANY
Insured Name: SPECIALIZED PAVEMENT MARKING, INC.

Policy No:  5083024795
Endorsement No:       1
Effective Date:  04/15/2017

Copyright CNA All Rights Reserved.  Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CNA**

**CNA PARAMOUNT**

**Contractors' General Liability Extension Endorsement**

This insurance does not apply to:

**Employment Related Discrimination**

Discrimination or humiliation directly or indirectly related to the employment, prospective employment, past employment or termination of employment of any person by any **Insured**.

**Premises Related Discrimination**

**discrimination or humiliation** arising out of the sale, rental, lease or sub-lease or prospective sale, rental, lease or sub-lease of any room, dwelling or premises by or at the direction of any **Insured**.

Notwithstanding the above, there is no coverage for fines or penalties levied or imposed by a governmental entity because of discrimination.

The coverage provided by this **PERSONAL AND ADVERTISING INJURY –DISCRIMINATION OR HUMILIATION** Provision does not apply to any person or organization whose status as an **Insured** derives solely from

Provision **1. ADDITIONAL INSURED** of this endorsement; or

attachment of an additional insured endorsement to this **Coverage Part**.

This **PERSONAL AND ADVERTISING INJURY –DISCRIMINATION OR HUMILIATION** Provision does not apply to any person or organization who otherwise qualifies as an additional insured on this **Coverage Part**.

21. **PERSONAL AND ADVERTISING INJURY - CONTRACTUAL LIABILITY**

A. Under **COVERAGES, Coverage B –Personal and Advertising Injury Liability**, the paragraph entitled **Exclusions** is amended to delete the exclusion entitled **Contractual Liability**.

B. Solely for the purpose of the coverage provided by this **PERSONAL AND ADVERTISING INJURY - CONTRACTUAL LIABILITY** provision, the following changes are made to the section entitled **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B:**

1. Paragraph **2.d.** is replaced by the following:

d. The allegations in the **suit** and the information the Insurer knows about the offense alleged in such **suit** are such that no conflict appears to exist between the interests of the **Insured** and the interests of the indemnitee;

2. The first unnumbered paragraph beneath Paragraph **2.f.(2)(b)** is deleted and replaced by the following:

So long as the above conditions are met, attorneys fees incurred by the Insurer in the defense of that indemnitee, necessary litigation expenses incurred by the Insurer, and necessary litigation expenses incurred by the indemnitee at the Insurer's request will be paid as **defense costs**. Such payments will not be deemed to be **damages** for **personal and advertising injury** and will not reduce the limits of insurance.

C. This **PERSONAL AND ADVERTISING INJURY - CONTRACTUAL LIABILITY** Provision does not apply if **Coverage B –Personal and Advertising Injury Liability** is excluded by another endorsement attached to this **Coverage Part**.

This **PERSONAL AND ADVERTISING INJURY - CONTRACTUAL LIABILITY** Provision does not apply to any person or organization who otherwise qualifies as an additional insured on this **Coverage Part**.

22. **PROPERTY DAMAGE – ELEVATORS**

A. Under **COVERAGES, Coverage A – Bodily Injury and Property Damage Liability**, the paragraph entitled **Exclusions** is amended such that the **Damage to Your Product** Exclusion and subparagraphs **(3), (4)** and **(6)** of the **Damage to Property** Exclusion do not apply to **property damage** that results from the use of elevators.

CNA74705XX (1-15)
Page 15 of 17
CONTINENTAL CASUALTY COMPANY
Insured Name: SPECIALIZED PAVEMENT MARKING, INC.

Policy No:  5083024795
Endorsement No:   1
Effective Date:  04/15/2017

Copyright CNA All Rights Reserved.  Includes copyrighted material of Insurance Services Office, Inc., with its permission.



| | **CNA PARAMOUNT** |
|---|---|
| | **Contractors' General Liability Extension Endorsement** |

**B.** Solely for the purpose of the coverage provided by this **PROPERTY DAMAGE – ELEVATORS** Provision, the **Other Insurance** conditions is amended to add the following paragraph:

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is Property insurance covering property of others damaged from the use of elevators.

## 23. SUPPLEMENTARY PAYMENTS

The section entitled **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** is amended as follows:

**A.** Paragraph **1.b.** is amended to delete the $250 limit shown for the cost of bail bonds and replace it with a $5,000. limit; and

**B.** Paragraph **1.d.** is amended to delete the limit of $250 shown for daily loss of earnings and replace it with a $1,000. limit.

## 24. UNINTENTIONAL FAILURE TO DISCLOSE HAZARDS

If the **Named Insured** unintentionally fails to disclose all existing hazards at the inception date of the **Named Insured's Coverage Part**, the Insurer will not deny coverage under this **Coverage Part** because of such failure.

## 25. WAIVER OF SUBROGATION - BLANKET

Under **CONDITIONS**, the condition entitled **Transfer Of Rights Of Recovery Against Others To Us** is amended to add the following:

The Insurer waives any right of recovery the Insurer may have against any person or organization because of payments the Insurer makes for injury or damage arising out of:

**1.** the **Named Insured's** ongoing operations; or

**2.** **your work** included in the **products-completed operations hazard**.

However, this waiver applies only when the **Named Insured** has agreed in writing to waive such rights of recovery in a written contract or written agreement, and only if such contract or agreement:

**1.** is in effect or becomes effective during the term of this **Coverage Part**; and

**2.** was executed prior to the **bodily injury**, **property damage** or **personal and advertising injury** giving rise to the claim.

## 26. WRAP-UP EXTENSION: OCIP, CCIP, OR CONSOLIDATED (WRAP-UP) INSURANCE PROGRAMS

**Note:** The following provision does not apply to any public construction project in the state of Oklahoma, nor to any construction project in the state of Alaska, that is not permitted to be insured under a **consolidated (wrap-up) insurance program** by applicable state statute or regulation.

If the endorsement **EXCLUSION – CONSTRUCTION WRAP-UP** is attached to this policy, or another exclusionary endorsement pertaining to Owner Controlled Insurance Programs (O.C.I.P.) or Contractor Controlled Insurance Programs (C.C.I.P.) is attached, then the following changes apply:

**A.** The following wording is added to the above-referenced endorsement:

With respect to a **consolidated (wrap-up) insurance program** project in which the **Named Insured** is or was involved, this exclusion does not apply to those sums the **Named Insured** become legally obligated to pay as **damages** because of:

**1.** **Bodily injury**, **property damage**, or **personal or advertising injury** that occurs during the **Named Insured's** ongoing operations at the project, or during such operations of anyone acting on the **Named Insured's** behalf; nor

CNA74705XX (1-15)                                                     Policy No:  5083024795
Page 16 of 17                                             Endorsement No:   1
CONTINENTAL CASUALTY COMPANY                 Effective Date:  04/15/2017
Insured Name: SPECIALIZED PAVEMENT MARKING, INC.

Copyright CNA All Rights Reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CNA**

**CNA PARAMOUNT**

**Contractors' General Liability Extension Endorsement**

    **2.** **Bodily injury** or **property damage** included within the **products-completed operations hazard** that arises out of those portions of the project that are not **residential structures**.

**B.** Condition **4. Other Insurance** is amended to add the following subparagraph **4.b.(1)(c)**:

This insurance is excess over:

    **(c)** Any of the other insurance whether primary, excess, contingent or any other basis that is insurance available to the **Named Insured** as a result of the **Named Insured** being a participant in a **consolidated (wrap-up) insurance program**, but only as respects the **Named Insured's** involvement in that **consolidated (wrap-up) insurance program**.

**C.** **DEFINITIONS** is amended to add the following definitions:

**Consolidated (wrap-up) insurance program** means a construction, erection or demolition project for which the prime contractor/project manager or owner of the construction project has secured general liability insurance covering some or all of the contractors or subcontractors involved in the project, such as an Owner Controlled Insurance Program (O.C.I.P.) or Contractor Controlled Insurance Program (C.C.I.P.).

**Residential structure** means any structure where 30% or more of the square foot area is used or is intended to be used for human residency, including but not limited to:

    **1.** single or multifamily housing, apartments, condominiums, townhouses, co-operatives or planned unit developments; and

    **2.** the common areas and structures appurtenant to the structures in paragraph **1.** (including pools, hot tubs, detached garages, guest houses or any similar structures).

However, when there is no individual ownership of units, **residential structure** does not include military housing, college/university housing or dormitories, long term care facilities, hotels or motels. **Residential structure** also does not include hospitals or prisons.

This **WRAP-UP EXTENSION: OCIP, CCIP, OR CONSOLIDATED (WRAP-UP) INSURANCE PROGRAMS** Provision does not apply to any person or organization who otherwise qualifies as an additional insured on this **Coverage Part**.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.



CNA74705XX (1-15)
Page 17 of 17
CONTINENTAL CASUALTY COMPANY
Insured Name: SPECIALIZED PAVEMENT MARKING, INC.

Policy No: 5083024795
Endorsement No: 1
Effective Date: 04/15/2017

Copyright CNA All Rights Reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.



**CNA PARAMOUNT**

**Blanket Additional Insured - Owners, Lessees or Contractors - with Products-Completed Operations Coverage Endorsement**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

It is understood and agreed as follows:

I.  The **WHO IS AN INSURED** section is amended to add as an **Insured** any person or organization whom the **Named Insured** is required by **written contract** to add as an additional insured on this **coverage part,** including any such person or organization, if any, specifically set forth on the Schedule attachment to this endorsement. However, such person or organization is an **Insured** only with respect to such person or organization's liability for:

   A.  unless paragraph **B.** below applies,

   1.  **bodily injury, property damage,** or **personal and advertising injury** caused in whole or in part by the acts or omissions by or on behalf of the **Named Insured** and in the performance of such **Named Insured's** ongoing operations as specified in such **written contract**; or

   2.  **bodily injury** or **property damage** caused in whole or in part by **your work** and included in the **products-completed operations** hazard, and only if

      a.  the **written contract** requires the **Named Insured** to provide the additional insured such coverage; and

      b.  this **coverage part** provides such coverage.

   B.  **bodily injury, property damage,** or **personal and advertising injury** arising out of **your work** described in such **written contract**, but only if:

   1.  this **coverage part** provides coverage for **bodily injury** or **property damage** included within the **products completed operations hazard;** and

   2.  the **written contract** specifically requires the **Named Insured** to provide additional insured coverage under the 11-85 or 10-01 edition of CG2010 or the 10-01 edition of CG2037.

II.  Subject always to the terms and conditions of this policy, including the limits of insurance, the Insurer will not provide such additional insured with:

   A.  coverage broader than required by the **written contract**; or

   B.  a higher limit of insurance than required by the **written contract**.

III.  The insurance granted by this endorsement to the additional insured does not apply to **bodily injury, property damage,** or **personal and advertising injury** arising out of:

   A.  the rendering of, or the failure to render, any professional architectural, engineering, or surveying services, including:

   1.  the preparing, approving, or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

   2.  supervisory, inspection, architectural or engineering activities; or

   B.  any premises or work for which the additional insured is specifically listed as an additional insured on another endorsement attached to this **coverage part**.

IV.  Notwithstanding anything to the contrary in the section entitled **COMMERCIAL GENERAL LIABILITY CONDITIONS,** the Condition entitled **Other Insurance,** this insurance is excess of all other insurance available to the additional insured whether on a primary, excess, contingent or any other basis. However, if this insurance is required by **written**

CNA75079XX (1-15)
Page 1 of 2
CONTINENTAL CASUALTY COMPANY
Insured Name: SPECIALIZED PAVEMENT MARKING, INC.

Policy No:  5083024795
Endorsement No:  3
Effective Date:  04/15/2017

Copyright CNA All Rights Reserved.   Includes copyrighted material of Insurance Services Office, Inc., with its permission.



**CNA PARAMOUNT**

**Blanket Additional Insured - Owners, Lessees or Contractors - with Products-Completed Operations Coverage Endorsement**

**contract** to be primary and non-contributory, this insurance will be primary and non-contributory relative solely to insurance on which the additional insured is a named insured.

V.  Solely with respect to the insurance granted by this endorsement, the section entitled **COMMERCIAL GENERAL LIABILITY CONDITIONS** is amended as follows:

The Condition entitled **Duties In The Event of Occurrence, Offense, Claim or Suit** is amended with the addition of the following:

Any additional insured pursuant to this endorsement will as soon as practicable:

1.  give the Insurer written notice of any **claim**, or any **occurrence** or offense which may result in a **claim**;

2.  except as provided in Paragraph IV. of this endorsement, agree to make available any other insurance the additional insured has for any loss covered under this **coverage part**;

3.  send the Insurer copies of all legal papers received, and otherwise cooperate with the Insurer in the investigation, defense, or settlement of the **claim**; and

4.  tender the defense and indemnity of any **claim** to any other insurer or self insurer whose policy or program applies to a loss that the Insurer covers under this **coverage part**. However, if the **written contract** requires this insurance to be primary and non-contributory, this paragraph **(4)** does not apply to insurance on which the additional insured is a named insured.

The Insurer has no duty to defend or indemnify an additional insured under this endorsement until the Insurer receives written notice of a **claim** from the additional insured.

VI.  Solely with respect to the insurance granted by this endorsement, the section entitled **DEFINITIONS** is amended to add the following definition:

**Written contract** means a written contract or written agreement that requires the **Named Insured** to make a person or organization an additional insured on this **coverage part**, provided the contract or agreement:

A.  is currently in effect or becomes effective during the term of this policy; and

B.  was executed prior to:

1.  the **bodily injury** or **property damage**; or

2.  the offense that caused the **personal and advertising injury**

for which the additional insured seeks coverage.

Any coverage granted by this endorsement shall apply solely to the extent permissible by law.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA75079XX (1-15)
Page 2 of 2
CONTINENTAL CASUALTY COMPANY
Insured Name: SPECIALIZED PAVEMENT MARKING, INC.

Policy No: 5083024795
Endorsement No: 3
Effective Date: 04/15/2017

Copyright CNA All Rights Reserved.   Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CNA**

CNA63359XX
(Ed. 04/12)

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CONTRACTORS EXTENDED COVERAGE ENDORSEMENT
## - BUSINESS AUTO PLUS -

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

### I.   LIABILITY COVERAGE

**A.   Who Is An Insured**

The following is added to **Section II, Paragraph A.1., Who Is An Insured:**

1.  a.   Any incorporated entity of which the Named Insured owns a majority of the voting stock on the date of inception of this Coverage Form; provided that,

    b.   The insurance afforded by this provision **A.1.** does not apply to any such entity that is an "insured" under any other liability "policy" providing "auto" coverage.

2.   Any organization you newly acquire or form, other than a limited liability company, partnership or joint venture, and over which you maintain majority ownership interest.

The insurance afforded by this provision **A.2.**:

    a.   Is effective on the acquisition or formation date, and is afforded only until the end of the policy period of this Coverage Form, or the next anniversary of its inception date, whichever is earlier.

    b.   Does not apply to:

    (1)   "Bodily injury" or "property damage" caused by an "accident" that occurred before you acquired or formed the organization; or

    (2)   Any such organization that is an "insured" under any other liability "policy" providing "auto" coverage.

3.   Any person or organization that you are required by a written contract to name as an additional insured is an "insured" but only with respect to their legal liability for acts or omissions of a person, who qualifies as an "insured" under Section II – Who Is An Insured and for whom Liability Coverage is afforded under this policy. If required by written contract, this insurance will be primary and non-contributory to insurance on which the additional insured is a Named Insured.

4.   An "employee" of yours is an "insured" while operating an "auto" hired or rented under a contract or agreement in that "employee's"

name, with your permission, while performing duties related to the conduct of your business.

"Policy," as used in this provision **A. Who Is An Insured,** includes those policies that were in force on the inception date of this Coverage Form but:

1.   Which are no longer in force; or

2.   Whose limits have been exhausted.

**B.   Bail Bonds and Loss of Earnings**

**Section II, Paragraphs A.2. (2) and A.2. (4)** are revised as follows:

1.   In **a.(2),** the limit for the cost of bail bonds is changed from $2,000 to $5,000; and

2.   In **a.(4),** the limit for the loss of earnings is changed from $250 to $500 a day.

**C.   Fellow Employee**

**Section II, Paragraph B.5** does not apply.

Such coverage as is afforded by this provision **C.** is excess over any other collectible insurance.

### II.   PHYSICAL DAMAGE COVERAGE

**A.   Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**

The following is added to **Section III, Paragraph A.3.:**

With respect to any covered "auto," any deductible shown in the Declarations will not apply to glass breakage if such glass is repaired, in a manner acceptable to us, rather than replaced.

**B.   Transportation Expenses**

**Section III, Paragraph A.4.a.** is revised, with respect to transportation expense incurred by you, to provide:

    a.   $60 per day, in lieu of $20; subject to

    b.   $1,800 maximum, in lieu of $600.

**C.   Loss of Use Expenses**

**Section III, Paragraph A.4.b.** is revised, with respect to loss of use expenses incurred by you, to provide:

    a.   $1,000 maximum, in lieu of $600.





Copyright, CNA Corporation, 2000.
Includes copyrighted material of the Insurance Services Office used with its permission.

CNA63359XX
(Ed. 04/12)

## D. Hired "Autos"

The following is added to **Section III. Paragraph A.**:

**5. Hired "Autos"**

If Physical Damage coverage is provided under this policy, and such coverage does not extend to Hired Autos, then Physical Damage coverage is extended to:

    a. Any covered "auto" you lease, hire, rent or borrow without a driver; and

    b. Any covered "auto" hired or rented by your "employee" without a driver, under a contract in that individual "employee's" name, with your permission, while performing duties related to the conduct of your business.

    c. The most we will pay for any one "accident" or "loss" is the actual cash value, cost of repair, cost of replacement or $75,000, whichever is less, minus a $500 deductible for each covered auto. No deductible applies to "loss" caused by fire or lightning.

    d. The physical damage coverage as is provided by this provision is equal to the physical damage coverage(s) provided on your owned "autos."

    e. Such physical damage coverage for hired "autos" will:

        (1) Include loss of use, provided it is the consequence of an "accident" for which the Named Insured is legally liable, and as a result of which a monetary loss is sustained by the leasing or rental concern.

        (2) Such coverage as is provided by this provision will be subject to a limit of $750 per "accident."

## E. Airbag Coverage

The following is added to **Section III, Paragraph B.3.**:

The accidental discharge of an airbag shall not be considered mechanical breakdown.

## F. Electronic Equipment

**Section III, Paragraphs B.4.c and B.4.d.** are deleted and replaced by the following:

    c. Physical Damage Coverage on a covered "auto" also applies to "loss" to any permanently installed electronic equipment including its antennas and other accessories.

    d. A $100 per occurrence deductible applies to the coverage provided by this provision.

## G. Diminution In Value

The following is added to **Section III, Paragraph B.6.**:

Subject to the following, the "diminution in value" exclusion does not apply to:

    a. Any covered "auto" of the private passenger type you lease, hire, rent or borrow, without a driver for a period of 30 days or less, while performing duties related to the conduct of your business; and

    b. Any covered "auto" of the private passenger type hired or rented by your "employee" without a driver for a period of 30 days or less, under a contract in that individual "employee's" name, with your permission, while performing duties related to the conduct of your business.

    c. Such coverage as is provided by this provision is limited to a "diminution in value" loss arising directly out of accidental damage and not as a result of the failure to make repairs; faulty or incomplete maintenance or repairs; or the installation of substandard parts.

    d. The most we will pay for "loss" to a covered "auto" in any one accident is the lesser of:

        (1) $5,000; or

        (2) 20% of the "auto's" actual cash value (ACV).

## III. Drive Other Car Coverage – Executive Officers

The following is added to **Sections II and III**:

1. Any "auto" you don't own, hire or borrow is a covered "auto" for Liability Coverage while being used by, and for Physical Damage Coverage while in the care, custody or control of, any of your "executive officers," except:

    a. An "auto" owned by that "executive officer" or a member of that person's household; or

    b. An "auto" used by that "executive officer" while working in a business of selling, servicing, repairing or parking "autos."

Such Liability and/or Physical Damage Coverage as is afforded by this provision.

    (1) Equal to the greatest of those coverages afforded any covered "auto"; and

Copyright, CNA Corporation, 2000.
Includes copyrighted material of the Insurance Services Office used with its permission.

CNA63359XX
(Ed. 04/12)

(2) Excess over any other collectible insurance.

2. For purposes of this provision, "executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document, and, while a resident of the same household, includes that person's spouse.

Such "executive officers" are "insureds" while using a covered "auto" described in this provision.

## IV.  BUSINESS AUTO CONDITIONS

A. **Duties In The Event Of Accident, Claim, Suit Or Loss**

The following is added to **Section IV, Paragraph A.2.a.:**

(4) Your "employees" may know of an "accident" or "loss." This will not mean that you have such knowledge, unless such "accident" or "loss" is known to you or if you are not an individual, to any of your executive officers or partners or your insurance manager.

The following is added to **Section IV, Paragraph A.2.b.:**

(6) Your "employees" may know of documents received concerning a claim or "suit." This will not mean that you have such knowledge, unless receipt of such documents is known to you or if you are not an individual, to any of your executive officers or partners or your insurance manager.

B. **Transfer Of Rights Of Recovery Against Others To Us**

The following is added to **Section IV, Paragraph A.5. Transfer Of Rights Of Recovery Against Others To Us:**

We waive any right of recovery we may have, because of payments we make for injury or damage, against any person or organization for whom or which you are required by written contract or agreement to obtain this waiver from us.

This injury or damage must arise out of your activities under a contract with that person or organization.

You must agree to that requirement prior to an "accident" or "loss."

C. **Concealment, Misrepresentation or Fraud**

The following is added to **Section IV, Paragraph B.2.:**

Your failure to disclose all hazards existing on the date of inception of this Coverage Form shall not prejudice you with respect to the coverage afforded provided such failure or omission is not intentional.

D. **Other Insurance**

The following is added to **Section IV, Paragraph B.5.:**

Regardless of the provisions of Paragraphs **5.a.** and **5.d.** above, the coverage provided by this policy shall be on a primary non-contributory basis. This provision is applicable only when required by a written contract. That written contract must have been entered into prior to "Accident" or "Loss."

E. **Policy Period, Coverage Territory**

**Section IV, Paragraph B. 7.(5).(a).** is revised to provide:

a. 45 days of coverage in lieu of 30 days.

## V.  DEFINITIONS

**Section V. Paragraph C.** is deleted and replaced by the following:

"Bodily injury" means bodily injury, sickness or disease sustained by a person, including mental anguish, mental injury or death resulting from any of these.



Copyright, CNA Corporation, 2000.
Includes copyrighted material of the Insurance Services Office used with its permission.

www.saif.com

**saif**corporation

| | | | |
|---|---|---|---|
| **Carrier No:** | 20001 | **Endorsement No:** | WC000313 |
| **Policy No:** | 918006 | **Agency:** | |

SPECIALIZED PAVEMENT MARKING INC
ATT: JILL MERCADO
11095 SW INDUSTRIAL WAY #A
TUALATIN, OR 97062

CATHY BAUGH
ANCHOR INSURANCE & SURETY INC
1201 SW 12TH AVE STE 500
PORTLAND, OR 97205

## Waiver of Our Right to Recover From Others Endorsement

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule.

This agreement shall not operate directly or indirectly to benefit anyone not named in the Schedule.

### Schedule

Description:        ALL OPERATIONS
Contractor Name:  PERSONS AND/OR ORGANIZATIONS WITH WHOM THE
INSURED-EMPLOYER IS REQUIRED BY WRITTEN
CONTRACT TO WAIVE SUBROGATION RIGHTS

This endorsement does not alter the rights of an injured worker to pursue recovery from another party or SAIF to receive a statutory share of recoveries by an injured worker, even from the party listed in the schedule.

The premium charge for this endorsement is based on one (1) percent of your manual premium.

**Effective Date:**         10-01-2016
This endorsement is part of your policy. This endorsement amends and controls anything to the contrary. It is otherwise subject to all other terms of your policy.

Countersigned  10-17-2016 at Salem, Oregon

430b

Kerry Barnett, President
and Chief Executive Officer

400 High St SE | Salem, OR 97312 | P: 800.285.8525